Steven H. Schultz, Esq., SBN 163543
SCHULTZ REDMOND LAW GROUP, PC
555 University Avenue, Suite 154
Sacramento, CA 95825
Telephone: (916)922-2310
Facsimile: (916)922-1921

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. GIBBONS and LURA GIBBONS,<br><br>Plaintiffs;<br><br>vs.<br><br>ABBOTT TECHNOLOGIES, INC.; ST. JUDE MEDICAL; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.: 2:18-cv-10730-JFW-AGR<br><br>ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P.41(a)(1) |

IT IS HEREBY ORDERED that the complaint of Plaintiffs JAMES C. GIBBONS and LURA GIBBONS is hereby dismissed without prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own attorneys' fees, expenses, and costs.

DATED: February 28, 2019      By: _____

U.S. JUDGE JOHN F. WALTER